1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 385-7517
4
5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ALMA RAETZ )<br>xxx-xx-7149 )<br> )<br> )<br> )<br>           Plaintiff, )<br> )<br>v. )<br> )<br>COMMISSIONER OF SSA )<br> )<br>           Defendant. )<br> ) | Case No. 2:14-cv-0120 DAD<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGMENT MOTION** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from September 4, 2014, to October 17, 2014, with all other deadlines extended accordingly.  This extension is required due to the counsel's crowded briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: September 3, 2014          */s/Bess M. Brewer*
                                  BESS M. BREWER
                                  Attorney at Law

                                  Attorney for Plaintiff


Dated: September 3, 2014          Benjamin B. Wagner
                                  United States Attorney

                                  Donna L. Calvert
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                                  /s/ Patrick Snyder
                                  PATRICK SNYDER

                                  Special Assistant United States Attorney
                                  Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:   September 4, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\ raetz0120.stip.eot.ord.rtf

2