BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ALMA RAETZ<br>xxx-xx-7149<br><br><br>            Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>            Defendant. | No. 2:14-cv-0120 DAD<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGMENT MOTION** |

        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from October 17, 2014, to November 6, 2014, with all other deadlines extended accordingly.   This extension is required due to the counsel's unscheduled need to be out of the office.


/ / / /

/ / / /

/ / / /

1

Dated: October 17, 2014

2                                          /s/*Bess M. Brewer*
                                           BESS M. BREWER
3                                          Attorney at Law

4                                          Attorney for Plaintiff

5

6

7    Dated: October 17, 2014              Benjamin B. Wagner
                                          United States Attorney

8                                          Donna L. Calvert
                                           Regional Chief Counsel, Region IX
9                                          Social Security Administration

10                                         /s/ Patrick Snyder

11                                         PATRICK SNYDER

12                                         Special Assistant United States Attorney
                                           Attorneys for Defendant

13

14

15                                **ORDER**

16

17       Pursuant to the parties' stipulation, IT IS SO ORDERED.

     Dated:   October 17, 2014

18

19

20   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

21

22   Ddad1\orders.soc sec
     raetz0120.stip.eot.ord2.rtf

23

24

25

26

27

28

2